IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI AMOS, <br><br> Plaintiff, <br><br> vs. <br><br> STELLAR RECOVERY, INC., <br><br> Defendant. | No.: 2:17-cv-00889-RSM <br><br> **ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)** |

THE COURT having reviewed the Motion to Dismiss Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) and being fully advised in the premises DOES HEREBY ORDER that this case is dismissed without prejudice.

DATED this 4 day of October 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE